UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

EDDIE GARCIA,

                                   Plaintiff,                    **NOTICE OF APPEARANCE**

                    v.                                          Civil Action No. 6:21-cv-06393

LEWIS TREE SERVICE, INC. and ROBERT
GASTON,

                                   Defendants.

_____

PLEASE TAKE NOTICE that Peter H. Wiltenburg, Esq. of Bond, Schoeneck & King,

PLLC, hereby appears as counsel for Defendants LEWIS TREE SERVICE, INC. and ROBERT

GASTON in the above-captioned matter.

Dated:  June 7, 2021                            BOND, SCHOENECK & KING, PLLC

                                               By: /s/  *Peter H. Wiltenburg*
                                                        Peter H. Wiltenburg, Esq.
                                               Avant Building – Suite 900
                                               200 Delaware Avenue
                                               Buffalo, New York 14202-2107
                                               Telephone: (716) 416-7056
                                               E-mail: pwiltenburg@bsk.com
                                               ATTORNEYS FOR DEFENDANTS