UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDDIE GARCIA,

                      Plaintiff,

      v.

LEWIS TREE SERVICE, INC. and ROBERT GASTON,

                      Defendants.

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Civil Action No. 6:21-cv-06393

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Lewis Tree Service, Inc. states as follows: (1) Lewis Tree Service, Inc. is wholly owned by North Coast Holdings, Inc.; (2) North Coast Holdings, Inc. is wholly owned by the Lewis Tree Service Employee Stock Ownership Plan; and (3) no publicly-held corporation owns 10% or more of the stock of any of the aforementioned entities.

Dated: June 21, 2021

BOND, SCHOENECK & KING, PLLC

By: /s/ *Peter H. Wiltenburg*
      Peter H. Wiltenburg, Esq.
Avant Building – Suite 900
200 Delaware Avenue
Buffalo, New York 14202-2107
Telephone: (716) 416-7056
E-mail: pwiltenburg@bsk.com
ATTORNEYS FOR DEFENDANTS