UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EDDIE GARCIA,

                          Plaintiff,

            v.

LEWIS TREE SERVICE, INC. and ROBERT
GASTON,

                       Defendants.

**NOTICE OF MOTION**

Civil Action No. 1:21-cv-06393-EAW

**MOVING PARTIES**:     Defendants Lewis Tree Service, Inc. and Robert P. Gaston.

**RELIEF REQUESTED**:     An order dismissing the Complaint [Dkt. 1] with prejudice, and for such other relief as the Court deems just and proper.

**GROUNDS FOR MOTION**:   Federal Rules of Civil Procedure 12(b)(1), (2) and (6).

**SUPPORTING PAPERS**:     Affidavit of Robert P. Gaston, sworn to August 5, 2021 and Defendants' Memorandum of Law dated August 9, 2021. Defendants intend to file and serve reply papers.

**DATE, TIME, AND
PLACE OF HEARING**:     To be scheduled by the Court.  Defendant respectfully requests oral argument.

Dated:  August 9, 2021

                          Respectfully submitted,

                          BOND, SCHOENECK & KING PLLC

                          By: _____
                              Jessica C. Moller, Esq.
                              1010 Franklin Avenue, Suite 200
                              Garden City, NY 11530
                              (516) 267-6332 / JMoller@bsk.com

                              Peter H. Wiltenburg, Esq.
                              Avant Building – Suite 900
                              200 Delaware Avenue
                              Buffalo, New York 14202
                              (716) 416-7000 / PWiltenburg@bsk.com

                            *Attorneys for Defendants*